### The Northwestern Mutual Life Ins. Co. v. George S. Churchill, a Minor, by Ora C. Churchill, His Guardian.

BROWN, WHEELER, BROWN & HAY, attorneys for appellant.

FRED H. SNYDER and GRANT & GRANT, attorneys for appellee.

OPINION PER CURIAM.

This suit is like Northwestern Life Insurance Company v. Ora C. Churchill, in which we have filed an opinion stating our reasons for reversing the judgment; to which we refer as containing our reasons for the same judgment entered in this case.

The judgment of the City Court is reversed and the cause remanded to that court with directions to sustain the demurrer to the replication to the pleas of the defendant.